# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Phyllis Ann Reinmiller aka Phyllis A. Reinmiller aka Phyllis Reinmiller**

**BK NO. 26-00925 MJC**

                    **Debtor(s)**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

      Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
29 Apr 2026, 12:29:43, EDT

      KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: 3f5a48f806601094e9e15093a83886cbe9825d2a7906925072133b06b2258ff0