IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: CHAPTER 13
Phyllis Ann Reinmiller :
                    Debtor : CASE NO.: 5:26-bk-00925-MJC
:
Phyllis Ann Reinmiller :
                    Movant :
        vs. :
:
PennyMac , all Parties listed on the mailing :
matrix filed with the Clerk, and :
Jack N. Zaharopoulos, Esquire (Trustee) :
                    Respondents :

**AFFIDAVIT OF CHANGE IN CIRCUMSTANCES**
**IN SUPPORT OF DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY**

I, Phyllis Ann Reinmiller, being duly sworn according to law, depose and state as follows:

1. I am the Debtor in the above-captioned Chapter 13 case pending in the United States Bankruptcy Court for the Middle District of Pennsylvania.

2. I make this Affidavit in support of my Motion to Extend Automatic Stay under 11 U.S.C. § 362(c)(3)(B) and 11 U.S.C. § 105.

3. The statements contained in this Affidavit are based upon my own personal knowledge, information, and belief, and I am competent to testify to the matters set forth herein if called upon to do so.

4. I make this Affidavit to set forth the changed circumstances and good-faith basis supporting my request to extend the automatic stay in this Chapter 13 case.

5. On April 7, 2026, I filed the present voluntary petition for relief under Chapter 13 of the Bankruptcy Code in this Court.

Doc ID: c1febbd55204924a3aa0a44b3891ce55d3c09da9

6. Before filing this case, I filed a prior Chapter 13 case in this Court on January 20, 2026, at Case No. 5:26-bk-00146-MJC.

7. The prior Chapter 13 case was dismissed on March 16, 2026, for failure to file required documents under 11 U.S.C. § 521(i)(1).

8. At the time of the prior filing, I was proceeding without the benefit of legal counsel, which materially impacted my ability to timely comply with the filing requirements imposed by the Bankruptcy Code and applicable Rules.

9. Since the dismissal of my prior Chapter 13 case, I have retained counsel to represent me in connection with the present case.

10. Since retaining counsel, I have taken substantial steps to ensure full compliance with my obligations in this case, including the timely preparation and filing of documents required under 11 U.S.C. § 521(i)(1).

11. The circumstances that resulted in dismissal of my prior case have changed because I am now represented by counsel and am better able to comply with the filing requirements imposed by the Bankruptcy Code and applicable Rules.

12. I intend to continue cooperating with my counsel, timely providing requested information and documentation, and complying with all requirements necessary to prosecute this Chapter 13 case.

13. Since the dismissal of my prior Chapter 13 case, my financial circumstances have materially and substantially improved.

14. In addition to my current income and household financial circumstances, my daughter has pledged to assist me with household bills and expenses, if necessary.

DocID: c1febbd55204924a3aa0a44b3891ce55d3c09da9

15. My daughter's willingness to assist me provides an additional source of household support and increases my ability to remain current with my ordinary living expenses while funding a feasible Chapter 13 plan.

16. Based upon my current income, household financial circumstances, and the additional support available from my daughter if needed, I believe I have sufficient financial stability to propose and fund a feasible Chapter 13 plan in this case.

17. I believe that my current financial circumstances will permit me to comply with my obligations in this Chapter 13 case.

18. I intend to remain current with my obligations in this case and to provide any additional financial information reasonably necessary to support the administration of my Chapter 13 plan.

19. I filed the present Chapter 13 case in good faith for the purpose of reorganizing my financial affairs and addressing my obligations through a feasible Chapter 13 plan.

20. The present case was filed after I retained counsel and after I took steps to correct the document-filing issues that led to dismissal of my prior case.

21. I believe that there has been a substantial change in circumstances since the March 16, 2026 dismissal of my prior Chapter 13 case.

22. Extension of the automatic stay is necessary to protect me, my property, and property of the bankruptcy estate from collection and enforcement activity while I prosecute this Chapter 13 case.

23. Without an extension of the automatic stay, I may face immediate collection or enforcement activity that could impair my ability to reorganize successfully through Chapter 13.

24. I intend to prosecute this Chapter 13 case in good faith and to comply with all duties required of me as a Chapter 13 debtor.

Doc ID: c1febbd55204924a3aa0a44b3891ce55d3c09da9

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: <u>05 / 02 / 2026</u>

_____
Phyllis Ann Reinmiller

DocID: c1febbd55204924a3aa0a44b3891ce55d3c09da9


| | |
|---|---|
| **Title** | Affidavit for E-Signature |
| **File name** | _2026__03-09-26_-_Affidavit.docx |
| **Document ID** | c1febbd55204924a3aa0a44b3891ce55d3c09da9 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

|  | | |
|---|---|---|
| **SENT** | **05 / 01 / 2026**<br>19:58:27 UTC-4 | Sent for signature to Phyllis Ann Reinmiller (leighann431@gmail.com) by integrations@hellosign.com acting on behalf of mylawyer@jpplaw.com<br>IP: 70.15.84.148 |
| **VIEWED** | **05 / 02 / 2026**<br>07:23:50 UTC-4 | Viewed by Phyllis Ann Reinmiller (leighann431@gmail.com)<br>IP: 172.56.216.222 |
| **SIGNED** | **05 / 02 / 2026**<br>07:24:27 UTC-4 | Signed by Phyllis Ann Reinmiller (leighann431@gmail.com)<br>IP: 172.56.216.222 |
| **COMPLETED** | **05 / 02 / 2026**<br>07:24:27 UTC-4 | The document has been completed. |