In re:

Phyllis Ann Reinmiller

    Debtor

Case No. 26-00925-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2

Date Rcvd: May 05, 2026      Form ID: pdf010      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Phyllis Ann Reinmiller, 410 Berwick Street, White Haven, PA 18661-1305 |
| 5793765 | | Cacl Fcu, 1800 W Market St, Pottsville, PA 17901-2002 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5793767 | | Email/Text: customercareus@creditcorpsolutionsinc.com | May 05 2026 18:58:00 | Credit Corp Solutions, 121 W Election Rd, Draper, UT 84020-7720 |
| 5793766 | | Email/Text: bankruptcydpt@mcmcg.com | May 05 2026 18:58:00 | Comenity Capital Bank, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5793768 | + | Email/Text: bankruptcydpt@mcmcg.com | May 05 2026 18:58:00 | Credit One Bank N.A., 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5793771 | | Email/Text: mrdiscen@discover.com | May 05 2026 18:58:00 | Discover Financial, Attn: Bankruptcy, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 5793770 | | Email/Text: mrdiscen@discover.com | May 05 2026 18:58:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5793772 | ^ | MEBN | May 05 2026 18:54:11 | KML Law Group, PC, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5794818 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2026 18:57:06 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5793773 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2026 18:57:06 | Lvnv Funding LLC, Attn: Bankruptcy, PO Box 1269, Greenville, SC 29602-1269 |
| 5793774 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2026 18:57:06 | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5793775 | | Email/Text: bankruptcydpt@mcmcg.com | May 05 2026 18:58:00 | Midland Credit Managem, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5793776 | | Email/Text: bankruptcydpt@mcmcg.com | May 05 2026 18:58:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5793777 | + | Email/PDF: ebnotices@pnmac.com | May 05 2026 19:07:35 | PennyMac, 3043 Townsgate Rd, Ste 200, Westlake Village, CA 91361-3027 |
| 5795595 | | Email/Text: bnc-quantum@quantum3group.com | May 05 2026 18:58:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5793778 | ^ | MEBN | May 05 2026 18:54:24 | Synchrony Bank, 121 W Election Rd, Draper, UT 84020-7720 |

| | | | | |
|---|---|---|---|---|
| 5793780 | Email/PDF: ais.sync.ebn@aisinfo.com | | May 05 2026 18:57:04 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5793779 | + Email/PDF: ais.sync.ebn@aisinfo.com | | May 05 2026 18:57:04 | Synchrony/Ashley Furniture Homestore, PO Box 71757, Philadelphia, PA 19176-1757 |
| 5793781 | Email/Text: bankruptcies@uplift.com | | May 05 2026 18:58:00 | Uplift, Inc., Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5793769 | * | Credit One Bank N.A., 350 Camino de la Reina, San Diego, CA 92108-3007 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Phyllis Ann Reinmiller MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

In re:                                          :    Chapter 13
                                                :
Phyllis Ann Reinmiller,                         :    Case No.  5:26-bk-00925-MJC
                                                :
                        Debtor.                 :
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
Phyllis Ann Reinmiller,                         :
                                                :
                        Movant,                 :
vs.                                             :
                                                :
PennyMac, all parties listed on the mailing     :
matrix filed with the Clerk, and                :
Jack N. Zaharopoulos, Esquire (Trustee),        :
                                                :
                        Respondents.            :
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER GRANTING MOTION TO EXTEND STAY

Upon consideration of Debtor's Motion to Extend Stay as to All Creditors, Doc. 12

("Motion"), and the Debtor having certified that all creditors and parties in interest have been

properly served, no responses having been filed thereto, after a hearing held on May 5, 2026, and

good cause having been demonstrated by the Movant, it is hereby

   **ORDERED** that the Motion is **GRANTED**; and it is further

   **ORDERED** that the automatic stay in the above-captioned case is hereby **EXTENDED**

as to all creditors properly served, until such time as the herein case is dismissed, discharged,

or this Court enters an Order modifying the stay.


                                    By the Court,


                                    _____
                                    Mark J. Conway, Bankruptcy Judge
                                    Dated: May 5, 2026