In re:

Phyllis Ann Reinmiller

    Debtor

Case No. 26-00925-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2

Date Rcvd: May 18, 2026      Form ID: ntcnfhrg      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Phyllis Ann Reinmiller, 410 Berwick Street, White Haven, PA 18661-1305 |
| 5793765 | | Cacl Fcu, 1800 W Market St, Pottsville, PA 17901-2002 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5793767 | | Email/Text: customercareus@creditcorpsolutionsinc.com | May 18 2026 18:56:00 | Credit Corp Solutions, 121 W Election Rd, Draper, UT 84020-7720 |
| 5793766 | | Email/Text: bankruptcydpt@mcmcg.com | May 18 2026 18:56:00 | Comenity Capital Bank, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5793768 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2026 18:56:00 | Credit One Bank N.A., 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5793771 | | Email/Text: mrdiscen@discover.com | May 18 2026 18:56:00 | Discover Financial, Attn: Bankruptcy, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 5793770 | | Email/Text: mrdiscen@discover.com | May 18 2026 18:56:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5793772 | ^ | MEBN | May 18 2026 18:55:21 | KML Law Group, PC, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5794818 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2026 19:02:28 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5793773 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2026 19:02:28 | Lvnv Funding LLC, Attn: Bankruptcy, PO Box 1269, Greenville, SC 29602-1269 |
| 5793774 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2026 19:02:34 | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5793775 | | Email/Text: bankruptcydpt@mcmcg.com | May 18 2026 18:56:00 | Midland Credit Managem, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5793776 | | Email/Text: bankruptcydpt@mcmcg.com | May 18 2026 18:56:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5793777 | + | Email/PDF: ebnotices@pnmac.com | May 18 2026 19:02:35 | PennyMac, 3043 Townsgate Rd, Ste 200, Westlake Village, CA 91361-3027 |
| 5795595 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2026 18:56:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5793778 | ^ | MEBN | May 18 2026 18:56:07 | Synchrony Bank, 121 W Election Rd, Draper, UT 84020-7720 |

| 5793780 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 18 2026 19:02:21 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5793779 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 18 2026 19:02:32 | Synchrony/Ashley Furniture Homestore, PO Box 71757, Philadelphia, PA 19176-1757 |
| 5793781 | | Email/Text: bankruptcies@uplift.com | May 18 2026 18:56:00 | Uplift, Inc., Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5793769 | * | Credit One Bank N.A., 350 Camino de la Reina, San Diego, CA 92108-3007 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Phyllis Ann Reinmiller MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Phyllis Ann Reinmiller,
aka Phyllis A. Reinmiller, aka Phyllis Reinmiller,

Chapter  13

**Debtor 1**

Case No.  5:26−bk−00925−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 18, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 25, 2026<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 18, 2026 |

ntcnfhrg (08/21)